IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | **CIVIL ACTION NO. 2:23-cv-02507-SHL-tmp** |
| **Plaintiff,** | ) ) | |
| | ) | **JURY TRIAL DEMAND** |
| v. | ) ) | |
| **BARRETT DISTRIBUTION, INC., SUPREME STAFFING, LLC,** | ) ) ) | |
| **Defendants.** | ) ) | |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S RESPONSE TO SUPREME STAFFING'S MOTION & INCORPORATED MEMORANDUM FOR LEAVE TO TAKE OUT-OF-TIME DEPOSITION**

The Equal Employment Opportunity Commission (Commission or EEOC) does not oppose Defendant Supreme Staffing, LLC's (Supreme) motion for leave to Take Out-of-Time Deposition as long as the Court allows the Commission to complete depositions out-of-time.

On Friday, July 19, 2024, the parties reached a tentative settlement in a private mediation held in this case and must work to finalize a proposed consent decree. Before the July 19th private mediation occurred, the Commission on June 20, 2024, filed a Motion to Modify the Scheduling Order. See Docket No. 35. The Commission moved to modify the Scheduling Order and extend the deadlines in the Scheduling Order by 120 days after Defendant Supreme filed a Provisional Answer with Affirmative Defenses under Fed. R. Civ. P. 16(b)(4). *Id.* Supreme opposed the motion and stated it did not want to "reset the discovery deadline" and argued, among other things, that the motion would prejudice Supreme. See Docket No. 44.

Because the deadline to complete all discovery expires on July 22, 2024, Supreme has not filed an Answer or Affirmative Defenses, and the Commission has not had an opportunity to conduct discovery on those defenses, the Commission does not oppose Supreme's motion as long as the Court allows the Commission additional time to take discovery.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

/s/ *Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin-pack@eeoc.gov

MARKEISHA K. SAVAGE
Trial Attorney
TN Bar No. 24693
markeisha.savage@eeoc.gov

DONNIE SNOW
Trial Attorney
TN Bar No. 030585
donnie.snow@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 701-6445

GARY SULLIVAN

Assistant Regional Attorney
AR Bar No. 92051
gary.sullivan@eeoc.gov

MARYNA JACKSON
Trial Attorney
AR Bar. 2009111
maryna.jackson@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone: (901) 685-4642