**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | **CIVIL ACTION NO. 2:23-cv-02507-SHL-tmp** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **JURY TRIAL DEMAND** |
| **BARRETT DISTRIBUTION, INC., SUPREME STAFFING, LLC,** | ) ) ) | |
| **Defendants.** | ) ) | |

**JOINT STATUS REPORT REGARDING THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION'S PENDING MOTION TO COMPEL**

Pursuant to the Court's October 16, 2024 Order to Provide Status Update (Doc. No. 82), the Equal Employment Opportunity Commission (Commission) and Supreme Staffing, LLC (Supreme), file this Joint Status Report regarding the Commission's outstanding Motion to Compel (Doc. No. 48). The Parties conferred following the Court's Order and discussed the Motion, particularly in light of recent case developments.

The Commission, after reviewing its Motion, does not believe the Court's ruling on the Commission's Motion to Amend (Doc. No. 80) affects the issues raised in the Motion to Compel and that the issues remain ripe for review. The Commission otherwise relies on its earlier arguments and will not be amending the Motion. It asks that the Motion be granted.

Supreme highlights that given the dismissal of one of two claims in this lawsuit, the scope of discovery, especially the proportional needs of discovery, should be narrower compared to when the Motion was filed and both claims were pending. Although Supreme believes this point is

1

significant, it does not believe an additional round of briefing is needed to assert it. It does so here and otherwise relies on its earlier opposition arguments. It asks that the Motion be denied.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 011730
faye.williams@eeoc.gov

MARKEISHA K. SAVAGE
Trial Attorney
TN Bar No. 24693
markeisha.savage@eeoc.gov

/s/ *Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin-pack@eeoc.gov

DONNIE SNOW
Trial Attorney
TN Bar No. 030585
donnie.snow@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 701-6445

GARY SULLIVAN
Assistant Regional Attorney
AR Bar No. 92051
gary.sullivan@eeoc.gov

MARYNA JACKSON
Trial Attorney
AR Bar. 2009111

maryna.jackson@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone: (901) 685-4642

-and-

ATTORNEYS FOR SUPREME

/s/ *Zachary B. Busey* with permission
ZACHARY B. BUSEY
Tennessee Bar No. 29763
zbusey@bakerdonelson.com

WHITNEY M. DOWDY
Tennessee Bar No. 24985
wdowdy@bakerdonelson.com

MARY KATHERINE SMITH
Tennessee Bar No. 35328
mkcampion@bakerdonelson.com

DEAN J. SHAUGER
Tennessee Bar No. 39746
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone